DE VILLO W. SELYE, Respondent, *v.* FREDERICK ZIMMER,
Appellant.

(Argued January 27, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Superior
Court in the fifth judicial department, entered upon an order
made the first Tuesday of June, 1891, which modified, and
affirmed as modified, a judgment in favor of plaintiff, entered
upon a verdict directed by the court and affirmed an order
denying a motion for a new trial.

*William E. Werner* for appellant.

*Martin W. Cooke* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____